

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00471-CV

**Patrick D. Mahoney**

**v.**

**Janice Pouncy Slaughter and Samori Diallo**

NO. 2011-30537 IN THE 270TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 10/20/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 08/26/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 08/18/2014 | E-PAID | ANT |
| CLK RECORD | $281.00 | 07/17/2014 | PAID | ANT |
| FILING | $175.00 | 06/12/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 06/12/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $506.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my

hand and the seal of the Court of Appeals for the First District of Texas, this July 17, 2015.



CHRISTOPHER A. PRINE
CLERK OF THE COURT